**DISMISS; and Opinion Filed March 27, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00393-CR**

**JAMES LAWRENCE COPELAND, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58889-W**

**MEMORANDUM OPINION**

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Lang-Miers

James Lawrence Copeland was convicted of aggravated assault with a deadly weapon involving family violence and sentenced to thirty years' imprisonment. On March 12, 2013, the trial court granted appellant's motion for new trial. We now have before us appellant's motion to dismiss the appeal because the motion for new trial was granted. We conclude we lack jurisdiction over the appeal

An order granting a new trial restores the case to its position before the former trial and there is no longer a judgment in place. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). Absent a judgment of conviction we have no jurisdiction over the appeal. We grant appellant's motion to dismiss.

We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130393F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES LAWRENCE COPELAND,
Appellant

No. 05-13-00393-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-58889-W.
Opinion delivered by Justice Lang-Miers,
Justices Murphy and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 27th day of March, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE